UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 08-4668

VULCAN PIONEERS OF NEW JERSEY; GARY HOLMES; JOHN D. WEST; BRIAN KIRKLAND; KENNETH M. DOUGLAS; SIDNEY E. MARBLE; JONATHAN WHEELER; DORIAN HERRELL; CALVIN HUNT; NATHAN JOHNSON; MUSTAFA ABDUL-HAQQ; KENNETH WATSON; ABNATHY ALFONSO MASON; STANLEY MCNEIL; ARNU WAPPLES; THADDEOUS KENNEDY; WALTON GRAY; ARTHUR GARRETT; TYRONE JOHNSON; CHRISTOPHER DANIELS; SYLVESTER LEE, SR.; KARREEN HERRILL; ERIC LEE; DARREN BENJAMIN; JOHN DOES 1-20; JACQUELINE C. JONES

UNITED CIVIL SERVANTS ASSOCIATION
(Intervenor in D.C.)

v.

THE CITY OF NEWARK; STANLEY J. KOSSUP, Former Fire Director for the City of Newark Fire Department; EDDIE DUNHAM, Fire Director for the City of Newark Fire Department; THE STATE OF NEW JERSEY DEPARTMENT OF PERSONNEL AND MERIT SYSTEM BOARD; LOMACK
PLAINTIFFS / INTERVENOR DEFENDANTS

John D. West; Jacqueline C. Jones,
                Appellants

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. Civil No. 02-cv-05802)
District Judge: Honorable Susan D. Wigenton

Submitted Under Third Circuit LAR 34.1(a)
March 9, 2010

Before: McKEE, BARRY and GREENBERG, Circuit Judges

## JUDGMENT

This cause came to be heard on appeal from the District Court for the District of New Jersey and was submitted on March 9, 2010.

After consideration of all the contentions raised, it is

ADJUDGED and ORDERED that the judgment of the District Court be and hereby is affirmed. Costs taxed against appellants. All in accordance with the Opinion of the Court.

ATTEST:

/s/Marcia M. Waldron
Clerk

Dated: March 31, 2010